Case 4:21-cv-03082   Document 10   Filed on 11/08/21 in TXSD   Page 1 of 6

United States District Court
Southern District of Texas
**ENTERED**
November 08, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PHH MORTGAGE CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | |
| JACQUELINE PATRICE HARDEMAN, MICHELLE NICHOLE HARDEMAN, JAMES COLEMAN HARDEMAN, | § § § § § § | Civil Action No. 4:21-cv-3082 |
| Defendants. | § § | |

## AGREED FINAL JUDGMENT AS TO DEFENDANTS JACQUELINE PATRICE HARDEMAN MICHELLE NICHOLE HARDEMAN AND JAMES COLEMAN HARDEMAN

Came on to be considered the above-numbered and styled cause wherein PHH Mortgage Corporation ("Plaintiff") and Jacqueline Patrice Hardeman, Michelle Nichole Hardeman and James Coleman Hardeman ("Defendants") and collectively with Plaintiff (the "Parties"), have announced to the Court that they desire to resolve all matters in controversy between them. In light of the agreement of the Parties as expressed in this *Agreed Final Judgment* and as shown by their signatures below, the Court finds that:

1. Plaintiff is the current owner and holder of the *Texas Home Equity Note* dated April 25, 2007, ("Note") in the principal amount of $172,000.00 executed by Decedents Jeanne Hardeman and Clarence Hardeman, Jr. ("Borrowers" or "Decedents"). Plaintiff is the current beneficiary of the *Texas Home Equity Security Instrument* ("Security Instrument" and together with the Note, "Loan Agreement") executed by Borrowers on or about April 25, 2007 and recorded in the official public records of Harris County, Texas on May 2, 2007, under Document No. 20070266565 on May 2, 2007, which provided Plaintiff with a security interest on that certain real

property commonly known as 4127 Rock Springs Drive, Kingwood, Texas 77345, and more particularly described as follows:

> LOT TWENTY-NINE (29), IN BLOCK TWO (2), OF GREENTREE VILLAGE, SECTION FIVE (5), A SUBDIVISION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 339, PAGE 130 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

(The "Property").

2. The Security Instrument secures payment of the Loan Agreement with the Property.

3. Defendants stipulate that they disclaim their interest, if any, in the Property at issue in this lawsuit and will not claim any interest in the Property at any future time, except as provided herein. Additionally, they understand that the Court may rely upon the contents of this Agreed Order in the adjudication of this matter.

4. The Parties agree that Defendants may claim excess proceeds after foreclosure of their interests in the future, if any excess proceeds are available.

5. There is a default in payment or performance under the Note and Security Instrument that secures the payment of Plaintiff's lien.

6. Plaintiff is entitled to enforce the terms of the Loan Agreement against the Property. It is therefore,

**ORDERED, ADJUDGED AND DECREED** that Defendants have no interest in the Property and are barred from claiming any interest in the Property in the future. It is further,

**ORDERED, ADJUDGED AND DECREED** that Plaintiff, its successors and assigns, may enforce its lien on the Property by proceeding with non-judicial foreclosure of Defendants' interests in the Property, as provided in the Security Instrument and TEX. PROP. CODE § 51.002. It is further,

**ORDERED, ADJUDGED AND DECREED** that the following are secured by the Security Instrument on the Property: the outstanding balance of the Note, including attorney's fees; pre-judgment interest; post-judgment interest at the Note interest rate of 9.425%; and costs of court. It is further,

**ORDERED, ADJUDGED AND DECREED** that the successful bidder at the foreclosure sale shall be vested with title to the Property. It is further,

**ORDERED, ADJUDGED AND DECREED** that Defendants Jacqueline Patrice Hardeman, Michelle Nichole Hardeman and James Coleman Hardeman may claim excess proceeds if any are available after the foreclosure sale. It is further,

**ORDERED, ADJUDGED AND DECREED** that foreclosure notices may be mailed to Jacqueline Patrice Hardeman at 2600 Vance Street, Houston, Texas 77093, Michelle Nichole Hardeman at 836 Harmon Circle, Roanoke, Virginia 24019, and James Coleman Hardeman at 3614 Faris Drive, Apt. #28, Los Angeles, California 90034. It is further,

**ORDERED, ADJUDGED AND DECREED** that except as otherwise noted, Defendants are each to bear their respective costs and attorney's fees, if any. It is further,

**ORDERED, ADJUDGED AND DECREED** that all costs incurred with respect to Plaintiff's claims against Defendant are taxed against the party incurring same. It is further,

**ORDERED, ADJUDGED AND DECREED** that Plaintiff may charge attorney's fees and costs, which may be added to the balance of the Note and enforceable only against the Property. It is further,

**ORDERED, ADJUDGED AND DECREED** that this Agreed Judgment fully and finally resolves all claims between Plaintiff and Defendants Jacqueline Patrice Hardeman, Michelle Nichole Hardeman and James Coleman Hardeman. All relief not requested herein is denied.

Signed this <u>8th</u> day of <u>November</u> 2021.

*Lee H. Rosenthal*
_____
UNITED STATES DISTRICT JUDGE

**Agreed as to form and substance:**

By:  /s/ Vivian N. Lopez
**MARK D. CRONENWETT**
Texas Bar No. 00787303
Southern District Bar No. 21340
mcronenwett@mwzmlaw.com

**VIVIAN N. LOPEZ**
State Bar No. 20818-PR
Southern District No. 3504182
vlopez@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P. C.**
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
(214) 635-2650
(214) 635-2686 (Fax)
*Attorneys for Plaintiff*

And

By: *Michelle N. Hardeman*
**MICHELLE NICHOLE HARDEMAN**
836 Harmon Circle
Roanoke, VA 24019
mhardema@gmail.com
*Defendant, Pro Se*

By: _____
**JACQUELINE PATRICE HARDEMAN**
2600 Vance Street
Houston, TX  77093
*Defendant, Pro Se*

By: _____
**JAMES COLEMAN HARDEMAN**
3614 Faris Drive, Apt. #28
Los Angeles, CA 90034
*Defendant, Pro Se*

Signed the _____ day of _____ 2021.

_____
UNITED STATES DISTRICT JUDGE

Agreed as to form and substance:

By: /s/ Vivian N. Lopez
    MARK D. CRONENWETT
    Texas Bar No. 00787303
    Southern District Bar No. 21340
    mcronenwett@mwzmlaw.com

    VIVIAN N. LOPEZ
    State Bar No. 20818-PR
    Southern District No. 3504182
    vlopez@mwzmlaw.com

MACKIE WOLF ZIENTZ & MANN, P. C.
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
(214) 635-2650
(214) 635-2686 (Fax)
*Attorneys for Plaintiff*

And

By: _____
    MICHELLE NICHOLE HARDEMAN
    836 Harmon Circle
    Roanoke, VA 24019
    mhardema@gmail.com
    *Defendant, Pro Se*

By: _____
    JACQUELINE PATRICE HARDEMAN
    2600 Vance Street
    Houston, TX 77093
    *Defendant, Pro Se*

By: _____
    JAMES COLEMAN HARDEMAN
    3614 Faris Drive, Apt. #28
    Los Angeles, CA 90034
    *Defendant, Pro Se*

Signed this _____ day of _____ 2021.

                                              **UNITED STATES DISTRICT JUDGE**

**Agreed as to form and substance:**

By:    */s/ Vivian N. Lopez*
        **MARK D. CRONENWETT**
        Texas Bar No. 00787303
        Southern District Bar No. 21340
        mcronenwett@mwzmlaw.com

        **VIVIAN N. LOPEZ**
        State Bar No. 20818-PR
        Southern District No. 3504182
        vlopez@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P. C.**
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
(214) 635-2650
(214) 635-2686 (Fax)
*Attorneys for Plaintiff*

And

By:    _____
        **MICHELLE NICHOLE HARDEMAN**
        836 Harmon Circle
        Roanoke, VA 24019
        mhardema@gmail.com
        *Defendant, Pro Se*

By:    _____
        **JACQUELINE PATRICE HARDEMAN**
        2600 Vance Street
        Houston, TX  77093
        *Defendant, Pro Se*

By:    _____
        **JAMES COLEMAN HARDEMAN**
        3614 Faris Drive, Apt. #28
        Los Angeles, CA 90034
        *Defendant, Pro Se*